UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| Nicholas Aucoin, Michael Barlow, Normand Belanger, Jason Britton, Allen Burns, Peter Carr, Daniel Cofone, Dennis Corson, Dennis Crepeau, Richard Curran, Edward Henningsen, Michael Mendes, Jeffrey Smith, Roger Swedberg, and Gary White<br><br>Plaintiffs,<br><br>v.<br><br>FLOWERS FOODS, INC., LEPAGE BAKERIES PARK STREET LLC, and CK SALES CO., LLC<br><br>Defendants. | Case No. 1:20-cv-00411-LEW |

**STIPULATION OF VOLUNTARY**

**<u>DISMISSAL WITH PREJUDICE</u>**

Pursuant to the provisions of F.R. Civ. P. 41(a)(1)(ii), Plaintiffs and Defendants, by their undersigned counsel, hereby stipulate and agree to the voluntary dismissal of Plaintiffs' action with prejudice. Both parties waive all rights of appeal, and each party will bear its own costs. So stipulated and agreed to this 5th day of May, 2022.

Respectfully submitted,

s/ Shawn J. Wanta
Shawn J. Wanta, Esquire
sjwanta@baillonthome.com
Scott A. Moriarity, Esquire
smoriarity@baillonthome.com
BAILLON THOME JOZWIAK
& WANTA LLP
100 South Fifth Street, Suite 1200
Minneapolis, MN 55402
(612) 252-3570

Amy P. Dieterich, Esquire (#5413)
adieterich@sta-law.com
SKELTON, TAINTOR & ABBOTT
95 Main Street
Auburn, ME 04210
(207) 784-3200

Susan E. Ellingstad, Esquire
seellingstad@locklaw.com
Rachel A. Kitze Collins, Esquire
rakitzecollins@locklaw.com
LOCKRIDGE GRINDAL NAUEN,
P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900

J. Gordon Rudd, Jr., Esquire
David M. Cialkowski, Esquire
ZIMMERMAN REED PLLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Fax: (612) 341-0844
Gordon.Rudd@zimmreed.com
David.Cialkowski@zimmreed.com

***Attorneys for Plaintiffs***

/s/ Frederick B. Finberg
Frederick B. Finberg, Esquire
rfinberg@thebennettlawfirm.com
Peter Bennett, Esquire
pbennett@thebennettlawfirm.com
Pawel Z. Binczyk, Esquire
pbinczyk@thebennettlawfirm.com
THE BENNETT LAW FIRM, P.A.
75 Market Street, Suite 201
Portland, ME 04101
(207) 773-4775

Kevin P. Hishta, Esquire
kevin.hishta@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART
191 Peachtree St., NE, Suite 4800
Atlanta, GA 30303
(404) 881-1300

Margaret S. Hanrahan, Esquire
margaret.hanrahan@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART
201 South College Street, Suite 2300
Charlotte, NC 28244
(704) 342-2588

***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2022, I electronically filed this Stipulation of Voluntary Dismissal With Prejudice with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the registered attorneys of record.

                                                    s/ Shawn J. Wanta
                                                    Shawn J. Wanta, Esquire
                                                    sjwanta@baillonthome.com
                                                    BAILLON THOME JOZWIAK
                                                    & WANTA LLP
                                                    100 South Fifth Street, Suite 1200
                                                    Minneapolis, MN 55402
                                                    (612) 252-3570